**Robert L. ALFORD and Beverly Alford, Appellants,**

v.

**Gerald A. MEYER and Rose Ann Meyer, Respondents.**

**No. WD 50007.**

Missouri Court of Appeals, Western District.

May 9, 1995.

Jefferson G. Broady, Rock Port, for appellants.

Larry L. Zahnd, Zahnd, Ross and Thomson, Maryville, for respondents.

Before ULRICH, P.J., and LOWENSTEIN and ELLIS, JJ.

### ORDER

PER CURIAM.

Appellants sought to quiet title to a disputed parcel of farm land adjoining that of their neighbors. The trial court found for the respondent neighbors on their counterclaim for adverse possession. Affirmed. Rule 84.16(b).